## Bituminous Casualty Corporation, Appellant, v. M. N. Langenderfer and I. H. Langenderfer, Individually and Trading as Southern Express and Southern Express Company, Appellees.

Gen. No. 45,325.

Howard E. DeLong, and Walter F. Cebelin, for appellant; E. C. Frank Meier, of counsel; Delmar J. Hill, and Charles F. McCarter, for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 5, 1951; released for publication November 20, 1951.